IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARILYN RIVERA LOPEZ,<br><br>      Plaintiff<br><br>      v.<br><br>DR. MILTON F.<br>MARTINEZ-NIGAGLIONI, et al.,<br><br>      Defendants | CIVIL NO. 06-1947 (JP) |

**FINAL JUDGMENT**

The parties hereto have filed a "Stipulation for Dismissal" (**No. 19**). Pursuant thereto the Court **ENTERS JUDGMENT DISMISSING** all claims and complaints in their entirety **WITH PREJUDICE** and without the imposition of attorneys' fees and costs.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of May, 2007.

                                          s/Jaime Pieras, Jr.
                                          JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE